FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 24 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

__Johnson__                __166606__
(Last Name)        (Identification Number)
__Samuel__         __N/H__
(First Name)        (Middle Name)
__Winston County Regional Correctional Facility__
(Institution)
__22162 Highway 25 North, Louisville, Miss. 39339__
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.    CIVIL ACTION NUMBER: __3:25-cv-717-DPJ-ASH__
(to be completed by the Court)

__Mr. Hayes J. Kitchens Jr. Et Al__
__Noxubee County Circuit Court Judge__
__Post Office Box 431__
__Macon, Miss. 39341__

(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓)    No ( )

B. Are you presently incarcerated?
Yes (✓)    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes (•)    No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes (✓)    No ( )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes (✓)    No ( )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes (✓)    No ( )

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Mr. Samuel Johnson      Prisoner Number: 166606

Address: Winston County Regional Correctional Facility, 22062 Highway 25 North, Louisville, Miss (39341) 39339

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Mr. James J. Kitchens Jr. Et.Al  is employed as Circuit Judge Noxubee County, Miss.  at Post Office Box 431, Macon, Miss 39341

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Mr. Samuel Johnson, 166606

ADDRESS: Winston County Regional Correctional Facility, 22062 Highway 25 North, Louisville, Miss. 39339

DEFENDANT(S):

NAME: Mr. James J. Kitchens Jr. Et.Al.
Noxubee County Circuit Court Judge
Post Office Box 431
Macon, Miss. 39341

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.) N/H

CASE NUMBER 1.
 1. Parties to the action: N/H

 2. Court (if federal court, name the district; if state court, name the county): N/H

 3. Docket Number: N/H

 4. Name of judge to whom case was assigned: N/H

 5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/H

CASE NUMBER 2.
 1. Parties to the action: N/H

 2. Court (if federal court, name the district; if state court, name the county): N/H

 3. Docket Number: N/H

 4. Name of judge to whom case was assigned: _____

 5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/H

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Mr. James J. Kitchen Jr. Noxubee County Circuit Judge. Revocation Order of Post-Release Cause No 2009-008 K (Count 1, 10 years 5 year probation, And Count 2) 2909-008 K Count 2 25 years total of 25 years Day for Day Jr (MDOC) Law Changed I got Parole Date 07/01/2021 with the parole Date that how the Sentence 2009-008 K Count 1) Has Expired that how his in violation of my Constitutional Rights. The Sentence Exceeds the Maximum Authorized by Law. 99-39-1

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. Relief To Dismissal Both 2009-008 K Count 1, And Monetary Damages, Including injunctive Relief, Damages. pain And Suffering. 60,000 per Day. And Any other Relief that Mr. Samuel Johnson #161606. Justitle to. by the Court.

Signed this _18_ day of _September_, 20_25_.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Mr. Samuel Johnson #161606
Signature of plaintiff